Neal A. Potischman (SBN 254862)
Andrew D. Yaphe (SBN 274172)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
andrew.yaphe@davispolk.com

*Attorneys for Defendants Pivotal Software, Inc., Paul Maritz, and Robert Mee*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT SILVERBERG, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PIVOTAL SOFTWARE, INC., PAUL MARITZ, MICHAEL S. DELL, EGON DURBAN, WILLIAM D. GREEN, MARCY S. KLEVORN, MADELYN LANKTON, ROBERT MEE, and ZANE ROWE,<br><br>Defendants. | CASE NO. 3:19-cv-06977-RS<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Before: Hon. Richard Seeborg |

Plaintiff Herbert Silverberg ("Plaintiff") and Defendants Pivotal Software, Inc., Paul Maritz, Michael S. Dell, Egon Durban, William D. Green, Marcy S. Klevorn, Madelyn Lankton, Robert Mee, and Zane Rowe, (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on October 24, 2019, Plaintiff filed a Class Action Complaint for Violations of the Federal Securities Laws (Dkt. No. 1) (the "Complaint");

WHEREAS, Plaintiff sent waivers of service of summons to Defendants on October 25, 2019, and counsel for Defendants agreed to waive service on Defendants' behalf;

WHEREAS, under Rule 12 of the Federal Rules of Civil Procedure, Defendants are required to answer, move against, or otherwise respond to the Complaint by December 24, 2019;

WHEREAS, on October 30, 2019, the Court entered an Order scheduling an Initial Case Management Conference for January 23, 2020, along with related case management and ADR deadlines (Dkt. No. 4);

WHEREAS, the Parties are continuing to evaluate their respective positions and desire additional time to explore a resolution of their dispute without the need for further litigation;

WHEREAS, the Parties agree that, in the interests of judicial economy and preservation of the Court's and the Parties' resources, the time for Defendants to answer, move against, or otherwise respond to the Complaint should be enlarged and the Initial Case Management Conference should be continued to a later date;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that Defendants shall have until February 28, 2020 to answer, move against, or otherwise respond to the Complaint;

IT IS FURTHER STIPULATED AND AGREED, that the Initial Case Management Conference, currently scheduled for January 23, 2020 shall be continued to March 19, 2020 at 10:00 am. Case Management Statement Due March 12, 2020.

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE - Case No. 3:19-cv-06977-RS

| | |
|---|---|
| Dated: December 20, 2019 | Respectfully submitted, |
| | DAVIS POLK & WARDWELL LLP |
| | */s/ Andrew D. Yaphe* |
| | Neal A. Potischman (SBN 254862) |
| | Andrew D. Yaphe (SBN 274172) |
| | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| | Telephone: (650) 752-2000 |
| | Facsimile: (650) 752-2111 |
| | Email: neal.potischman@davispolk.com |
| | andrew.yaphe@davispolk.com |
| | |
| | Andrew Ditchfield |
| | (*pro hac vice* application forthcoming) |
| | Michael L. Barclay |
| | (*pro hac vice* application forthcoming) |
| | 450 Lexington Avenue |
| | New York, New York, 10017 |
| | Telephone: (212) 450-4000 |
| | Facsimile: (212) 701-5800 |
| | Email: andrew.ditchfield@davispolk.com |
| | michael.barclay@davispolk.com |
| | |
| | *Attorneys for Defendants Pivotal Software, Inc., Paul Maritz, and Robert Mee* |
| | |
| | ABRAHAM, FRUCHTER & TWERSKY, LLP |
| | |
| | */s/ Takeo A. Kellar* |
| | Takeo A. Kellar |
| | 11622 El Camino Real, Suite 100 |
| | San Diego, California 92130 |
| | Telephone: (858) 764-2580 |
| | Facsimile: (858) 764-2582 |
| | Email: tkellar@aftlaw.com |
| | |
| | Michael J. Klein |
| | (*pro hac vice* application forthcoming) |
| | One Penn Plaza, Suite 2805 |
| | New York, New York 10119 |
| | Telephone: (212) 279-5050 |
| | Facsimile: (212) 279-3655 |
| | Email: mklein@aftlaw.com |
| | |
| | *Attorneys for Plaintiff* |

| | |
|---|---|
| 1 | |
| 2 | ALSTON & BIRD LLP |
| 3 | /s/ Gidon M. Caine |
|   | Gidon M. Caine (SBN 188110) |
| 4 | 950 Page Mill Road |
|   | Palo Alto, California 94304 |
| 5 | Telephone: (650) 838-2000 |
|   | Facsimile: (650) 838-2001 |
| 6 | Email: gidon.caine@alston.com |

ALSTON & BIRD LLP

*/s/ Gidon M. Caine*
Gidon M. Caine (SBN 188110)
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
Email: gidon.caine@alston.com

John L. Latham
(*pro hac vice* application forthcoming)
Cara M. Peterman
(*pro hac vice* application forthcoming)
Andrew T. Sumner
(*pro hac vice* application forthcoming)
1201 West Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: john.latham@alston.com
       cara.peterman@alston.com
       andy.sumner@alston.com

*Attorneys for Defendants Michael S. Dell, Egon Durban, and William D. Green*

LATHAM & WATKINS LLP

*/s/ Matt Rawlinson*
Matt Rawlinson (SBN 231890)
Hilary H. Mattis (SBN 271498)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2800
Email: matt.rawlinson@lw.com
       hilary.mattis@lw.com

*Attorneys for Defendants Marcy S. Klevorn and Madelyn Lankton*

|   |   |
|---|---|
| | GIBSON, DUNN & CRUTCHER LLP |
| | */s/ Michael D. Celio* |
| | Michael D. Celio (SBN 197998) |
| | 1881 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 849-5326 |
| | Facsimile: (650) 849-5026 |
| | Email: mcelio@gibsondunn.com |
| | |
| | Laura Kathryn O'Boyle |
| | (*pro hac vice* application forthcoming) |
| | 200 Park Avenue |
| | New York, New York 10166 |
| | Telephone: (212) 351-4000 |
| | Facsimile: (212) 351-4035 |
| | Email: loboyle@gibsondunn.com |
| | |
| | *Attorneys for Defendant Zane Rowe* |

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Northern District of California's Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

|   |   |
|---|---|
| Dated: December 20, 2019 | DAVIS POLK & WARDWELL LLP |
| | */s/ Andrew D. Yaphe* |
| | Andrew D. Yaphe (SBN 274172) |
| | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| | Telephone: (650) 752-2000 |
| | Facsimile: (650) 752-2111 |
| | Email: andrew.yaphe@davispolk.com |

\*\*\*

**ORDER**

Pursuant to the Stipulation to Extend Time to File Responsive Pleading and Continue Initial Case Management Conference, it is hereby ordered that (i) Defendants shall have until February 28, 2020 to answer, move against, or otherwise respond to the Complaint and (ii) the Initial Case Management Conference is rescheduled for  March 19, 2020 at 10:00 am.  Case Management Conference Statement due March 12, 2020.

Dated: 12/20/19

_____
The Honorable Richard Seeborg
United States District Judge