ABRAHAM, FRUCHTER
    & TWERSKY, LLP
TAKEO A. KELLAR (Bar No. 234470)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel. (858) 764-2580
Fax (858) 764-2582
*tkellar@aftlaw.com*

Counsel for Plaintiff and the Putative Class
*[Additional Counsel Appear on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT SILVERBERG, on Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>                 vs.<br><br>PIVOTAL SOFTWARE, INC., PAUL MARITZ, MICHAEL S. DELL, EGON DURBAN, WILLIAM D. GREEN, MARCY S. KLEVORN, MADELYN LANKTON, ROBERT MEE, and ZANE ROWE,<br><br>                  Defendants. | CASE NO. 3:19-cv-06977-RS<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Before: Hon. Richard Seeborg |

       WHEREAS, on August 22, 2019, Pivotal Software, Inc. ("Pivotal" or the "Company") entered into an Agreement and Plan of Merger ("Merger Agreement") with VMware, Inc. ("VMware"), and Raven Transaction Sub, Inc., a wholly owned subsidiary of VMware ("merger sub"), providing for the acquisition of Pivotal by VMware (the "Merger"), pursuant to which Pivotal shareholders would receive $15.00 in cash (the "Merger Consideration") for each share of Stock that they owned immediately prior to the time the merger became effective;

       WHEREAS, in connection with the Merger, on October 10, 2019, the Company filed a proxy statement (the "Proxy Statement") on Schedule 14A with the United States Securities and Exchange Commission (the "SEC");

WHEREAS, on October 24, 2019, Plaintiff Herbert Silverberg ("Plaintiff") filed the above-captioned action (the "Action") asserting claims for violations of sections 14(a) of the Securities Exchange Act of 1934 in connection with the sufficiency of the information contained in the Proxy Statement;

WHEREAS, on December 16, 2019, Defendants filed supplemental disclosures (the "Supplemental Disclosures") with the SEC disclosing the information that Plaintiff's Complaint and other similar shareholders' complaints asserted was absent from the Proxy Statement;

WHEREAS, it is the current intention of counsel for Plaintiff to submit an application seeking an award of mootness fees (the "Fee Application") in connection with the mooted claims if the parties cannot resolve Plaintiff's Fee Application;

WHEREAS, all of the Defendants in the Action reserve all rights, arguments and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or attorneys and no promise, understanding, or agreement to give any such compensation has been made;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

1. The Action is dismissed with prejudice as to named plaintiff Herbert Silverberg.

2. Because this Action has not been certified as a class action, notice of this dismissal is not required and dismissal has no prejudicial effect on the rights of any other persons.

3. The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's forthcoming Fee Application, if the parties cannot resolve Plaintiff's Fee Application.

4. This Order is entered without prejudice to any right, position, claim or defense any party may assert with respect to the Fee Application, which includes the Defendants' right to oppose the Fee Application.

5. To the extent that the parties are unable to reach an agreement concerning the Fee Application, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6. If the parties reach an agreement concerning the Fee Application, they will notify the Court. Upon such notification, the Court will close the Action.

Dated: January 29, 2020

Respectfully submitted,

ABRAHAM, FRUCHTER & TWERSKY, LLP

    /s/ Takeo A. Kellar
Takeo A. Kellar (SBN 234470)
11622 El Camino Real, Suite 100
San Diego, California 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582
Email: tkellar@aftlaw.com

Michael J. Klein
(*pro hac vice* application forthcoming)
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
Email: mklein@aftlaw.com

*Attorneys for Plaintiff*

GIBSON, DUNN & CRUTCHER LLP

    /s/ Michael D. Celio
Michael D. Celio (SBN 197998)
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5326
Facsimile: (650) 849-5026
Email: mcelio@gibsondunn.com

*Counsel for Defendants Pivotal Software, Inc., Paul A. Maritz, Robert Mee, and Zane C. Rowe*

*Attorneys for Defendants Pivotal Software, Inc., Paul Maritz, Robert Mee, and Zane Rowe*

ALSTON & BIRD LLP

      /s/ Gidon M. Caine
Gidon M. Caine (SBN 188110)
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
Email: gidon.caine@alston.com

*Attorneys for Defendants Michael S. Dell, Egon Durban, and William D. Green*

LATHAM & WATKINS LLP

      /s/ Matt Rawlinson
Matt Rawlinson (SBN 231890)
Hilary H. Mattis (SBN 271498)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2800
Email: matt.rawlinson@lw.com
        hilary.mattis@lw.com

*Attorneys for Defendants Marcy S. Klevorn and Madelyn Lankton*

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __January 30__, 2020

HON. RICHARD SEEBORG
United States District Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER    -4-
LEGAL02/39564341v1

# ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Northern District of California's Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 29, 2020

Respectfully submitted,

ABRAHAM, FRUCHTER & TWERSKY, LLP

/s/ Takeo A. Kellar
Takeo A. Kellar (SBN 234470)
11622 El Camino Real, Suite 100
San Diego, California 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582
Email: tkellar@aftlaw.com